McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
4401  Federal Building
2500 Tulare  Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CR. NO. F. 95-5234 AWI |
|                          )  | |
|            Plaintiff,          ) | MOTION AND ORDER FOR |
|                          ) | DISMISSAL OF INDICTMENT |
|       v.                  ) | |
|                          ) | |
| JOSE de JESUS PINA,              ) | |
|                          ) | |
|            Defendant.           ) | |
|                          ) | |
| _____) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of

Criminal Procedure, hereby moves to dismiss the  Indictment against JOSE de JESUS PINA, in

the interest of justice and without prejudice.

DATED: April 11, 2006                         Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      By /s/  SHERRILL A. CARVALHO
                                      Assistant U.S. Attorney

1

O R D E R

IT IS HEREBY ORDERED that the Indictment against JOSE de JESUS PINA be dismissed and the warrant recalled.

IT IS SO ORDERED.

**Dated:   April 11, 2006**                              /s/ **Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2